IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 21-mj-00209 (ZMF)-3 |
| | : | |
| PAUL SPIGELMYER, | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Paul Spigelmyer, *nunc pro tunc* to February 16, 2021, in the above-captioned criminal cause.

                              Respectfully Submitted,

                              _____-S-_____
                              Allen H. Orenberg, # 395519
                              The Orenberg Law Firm, P.C.
                              12505 Park Potomac Avenue, 6th Floor
                              Potomac, Maryland 20854
                              Tel. No. 301-984-8005
                              Cell Phone No. 301-807-3847
                              Fax No. 301-984-8008
                              aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2021, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg